**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

December 7, 2010

Clerk, U.S. Bankruptcy Court

RE: Robert J. & Susan A. Vrabel
    Bankruptcy Case No. 5-05-56425
    Unclaimed Funds For: PG Energy
                One PEI Center Bldg B
                Wilkes-Barre, PA   18711



Dear Clerk:

Enclosed herewith please find check No.1003109 for $862.09 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

Very truly yours,

Donna Schott
Assistant Bookkeeper